| | |
|---|---|
| 1 | DAVID R. SINGH (Bar No. 300840) |
| 2 | david.singh@weil.com |
|   | AMY TU QUYEN LE (Bar No. 341925) |
| 3 | amy.le@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 4 | 201 Redwood Shores Parkway, 6th Floor |
|   | Redwood Shores, CA 94065-1134 |
| 5 | Telephone: (650) 802-3000 |
| 6 | Facsimile: (650) 802-3100 |
| 7 | Attorneys for Defendant PHILO, INC. |
| 8 | JOSEPH HENRY (HANK) BATES, III (Bar No. 167688) |
|   | hbates@cbplaw.com |
| 9 | CARNEY BATES & PULLIAM, PLLC |
|   | 519 W. 7th St. |
| 10 | Little Rock, AR, 72201 |
| 11 | Telephone: 501-312-8500 |
|   | Facsimile: 501-312-8505 |
| 12 | |
|   | Attorneys for Plaintiffs LAKIESHA BRYANT and NESHAUNDA CARODINE |
| 13 | |
| 14 | (Additional Counsel Listed on Signature Page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAKIESHA BRYANT and NESHAUNDA CARODINE, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PHILO, INC., <br><br> Defendant. | Case No. 4:23-cv-00136-HSG <br><br> **STIPULATION TO EXTEND THE TIME FOR DEFENDANT PHILO, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT PURSUANT TO L.R. 6.1** <br><br> Dept.: Courtroom 2 – 4th Floor <br> Judge: Honorable Haywood S. Gilliam Jr. |

The undersigned counsel for Lakiesha Bryant and Neshaunda Carodine ("Plaintiffs") and Philo, Inc. ("Defendant") (together, the "Parties") in the above-captioned action hereby stipulate and agree, pursuant to Civil Local Rule 6-1(a), as follows:

WHEREAS Plaintiffs filed a complaint in the above-captioned case on January 11, 2023;

WHEREAS the Parties conferred and agreed to stipulate that Defendant's time to answer or otherwise respond to the complaint should be extended;

WHEREAS this Stipulation does not constitute a waiver by Defendant of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

PURSUANT TO LOCAL RULE 6-1(a), THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Defendant to answer, move, or otherwise respond to the Complaint shall be extended until March 6, 2023.

2. This Stipulation does not constitute a waiver by Defendant of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: February 1, 2023 | Respectfully submitted, |
| 2 | | WEIL, GOTSHAL & MANGES LLP |
| 3 | | |
| 4 | | By: /s/ David R. Singh<br>      DAVID R. SINGH |
| 5 | | DAVID R. SINGH (Bar No. 300840)<br>david.singh@weil.com |
| 6 | | AMY TU QUYEN LE (Bar No. 341925)<br>amy.le@weil.com |
| 7 | | WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway, 6th Floor |
| 8 | | Redwood Shores, CA 94065-1134<br>Telephone: (650) 802-3000 |
| 9 | | Facsimile: (650) 802-3100 |
| 10 | | DAVID L. YOHAI (*pro hac vice* forthcoming)<br>david.yohai@weil.com |
| 11 | | WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue |
| 12 | | New York, NY 10153<br>Telephone: (212) 310-8000 |
| 13 | | Facsimile: (212) 310-8007 |
| 14 | | Attorneys for Defendant PHILO, INC. |
| 15 | Dated: February 1, 2023 | Respectfully submitted, |
| 16 | | CARNEY BATES & PULLIAM, PLLC |
| 17 | | |
| 18 | | By: /s/ Joseph Henry (Hank) Bates III<br>      JOSEPH HENRY (HANK) BATES, III |
| 19 | | JOSEPH HENRY (HANK) BATES, III (Bar No. 167688) |
| 20 | | hbates@cbplaw.com<br>CARNEY BATES & PULLIAM, PLLC |
| 21 | | 519 W. 7th St.<br>Little Rock, AR, 72201 |
| 22 | | Telephone: 501-312-8500<br>Facsimile: 501-312-8505 |
| 23 | | |
| 24 | | DOUGLAS I. CUTHBERTSON (*pro hac vice*)<br>dcuthbertson@lchb.com |
| 25 | | LIEFF CABRASER HEIMANN AND BERNSTEIN, LLP |
| 26 | | 250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500 |
| 27 | | |
| 28 | | Attorneys for Plaintiffs LAKIESHA BRYANT and NESHAUNDA CARODINE |

| | | |
|---|---|---|
| STIPULATION TO EXTEND TIME FOR DEFENDANT PHILO, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT | 3 | CASE NO. 4:23-cv-00136 |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David R. Singh, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Joseph Henry (Hank) Bates III concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: February 1, 2023                                                    /s/ David R. Singh
                                                                           DAVID R. SINGH