UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKIESHA BRYANT, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> PHILO, INC., <br><br> Defendant(s). | Case No. 4:23-cv-00136-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Courtney Elizabeth Ross, an active member in good standing of the bar of Arkansas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Michael W. Sobol, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 194857.

519 W. 7th St., Little Rock, AR 72201
MY ADDRESS OF RECORD

275 Battery Street, 29th Floor
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(501) 312-8500
MY TELEPHONE # OF RECORD

(415) 956-1000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cross@cbplaw.com
MY EMAIL ADDRESS OF RECORD

msobol@lchb.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2021156.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 3 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/1/2023

Courtney Elizabeth Ross
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Courtney Elizabeth Ross is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:        3/1/2023

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE

*Supreme Court*

# State of Arkansas
*Little Rock*

## CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Kyle E. Burton, Clerk of the Supreme Court of Arkansas, do hereby certify that Courtney Elizabeth Ross was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on September 9, 2021 and that no disbarment proceedings nor adverse disciplinary actions have been filed against this attorney in this court during the past three year period.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this the 28th day of February, 2023.

KYLE E. BURTON
(CLERK)

By _Michelle Weise_
Deputy Clerk