| | |
|---|---|
| **CARNEY BATES & PULLIAM, PLLC** <br> Hank Bates (SBN 167688) <br> hbates@cbplaw.com <br> Lee Lowther (*pro hac vice*) <br> llowther@cbplaw.com <br> Courtney E. Ross (*pro hac vice*) <br> cross@cbplaw.com <br> 519 West 7th St. <br> Little Rock, AR 72201 <br> Telephone: (501) 312-8500 <br> Facsimile: (501) 312-8505 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> Douglas I. Cuthbertson (*pro hac vice*) <br> dcuthbertson@lchb.com <br> 250 Hudson Street, 8th Floor <br> New York, NY 10013 <br> Telephone: (212) 355-9500 <br> Facsimile: (212) 355-9592 <br><br> *Attorneys for Plaintiffs* |
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** <br> Michael W. Sobol (SBN 194857) <br> msobol@lchb.com <br> Ian R. Bensberg (*pro hac vice*) <br> ibensberg@lchb.com <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Telephone: (415) 956-1000 <br> Facsimile: (415) 956-1008 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAKEISHA BRYANT, *et al*, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PHILO, INC., <br><br> Defendant. | Case No. 4:23-cv-00136-HSG <br><br> **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Plaintiffs Tomika May ("May") and Matthew Kirschenbaum ("Kirschenbaum") (together, "Plaintiffs"), file this administrative motion, and respectfully request that the Court order as follows:

WHEREAS, this is an administrative motion under Civil Local Rules 3-3, 3-12(b), and 7-11 to relate this case to the recently filed case *May, et al. v. Philo, Inc.*, No. 4:23-cv-01394-KAW.

WHEREAS, this action and *May* concern substantially the same parties, transaction or event.

WHEREAS, Plaintiffs May and Kirschenbaum are plaintiffs in both actions.

WHEREAS, Philo is the sole defendant in both actions.

WHEREAS, Plaintiffs in both actions seek to represent classes of similarly situated plaintiffs that are defined identically except for slightly different class periods.

WHEREAS, Plaintiffs in both actions allege materially identical violations by Philo of the Video Privacy Protection Act ("VPPA"), 18 U.S.C. § 2710.

WHEREAS, Plaintiffs are represented by the same undersigned counsel in both actions.

WHEREAS, this refiled action is the lower numbered pending case, and this motion has accordingly been filed on its docket, per Local Rule 3-3(c)), with courtesy copies lodged in the court that presided over the related cases pursuant to Local Rule 3-12(b).

NOW, THEREFORE, PLAINTIFFS MOVE, through their counsel and subject to the Court's approval, that:

1. This action and the *May* action are related under Local Rule 3-12(a).

2. The Clerk shall reassign this action to Judge Haywood S. Gilliam, Jr., under Local Rule 3-12(f)(3).

Dated: March 27, 2023                    Respectfully submitted,

By:   */s/ Hank Bates*
Hank Bates (SBN 167688)
hbates@cbplaw.com
Lee Lowther (*pro hac vice*)
llowther@cbplaw.com
Courtney E. Ross (*pro hac vice*)
cross@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th St.

| | |
|---|---|
| 1 | Little Rock, AR 72201 |
| 2 | Telephone: (501) 312-8500<br>Facsimile: (501) 312-8505 |

Douglas I. Cuthbertson (*pro hac vice*)
dcuthbertson@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Michael W. Sobol (SBN 194857)
msobol@lchb.com
Ian R. Bensberg (*pro hac vice*)
ibensberg@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956.1000
Facsimile: (415) 956.1008

*Attorneys for Plaintiffs*

## [PROPOSED] ORDER FINDING CASES RELATED

Pursuant to unopposed motion, IT IS SO ORDERED.

DATED:

_____

Hon. Haywood S. Gilliam, Jr.
United States District Judge

# CERTIFICATE OF SERVICE

I, Hank Bates, certify that I caused the foregoing document to be served on all counsel for all Parties by filing it through the Court's ECF system.

DATED: March 27, 2023         By:  */s/ Hank Bates*
                                        Hank Bates