DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
AMY TU QUYEN LE (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DAVID L. YOHAI (admitted *pro hac vice*)
david.yohai@weil.com
TAYLOR B. DOUGHERTY (admitted *pro hac vice*)
taylor.dougherty@weil.com
BLAKE J. STEINBERG (admitted *pro hac vice*)
blake.steinberg@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant PHILO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAKIESHA BRYANT, MATTHEW KIRSCHENBAUM, and TOMIKA MAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PHILO, INC.,<br><br>Defendant. | Case No. 4:23-cv-00136-HSG<br><br>**RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Defendant Philo, Inc. ("Philo") respectfully submits this response to Plaintiffs Tomika May and Matthew Kirschenbaum's ("Plaintiffs") Administrative Motion to Consider Whether Cases Should be Related (the "Administrative Motion").  Plaintiffs seek to relate the new *May v. Philo, Inc.*, 4:23-cv-01394-KAW case to *Bryant v. Philo, Inc.*, No. 4:23-cv-00136-HSG, a case the three plaintiffs in that action (including May and Kirschenbaum) dismissed after filing a non-opposition to Philo's Motion to Dismiss for Lack of Standing. *Bryant v. Philo, Inc.*, No. 4:23-cv-00136-HSG [ECF Nos. 31, 32].

For the avoidance of doubt, Philo disputes Plaintiffs' baseless characterizations of Philo's conduct in Plaintiffs' Non-Opposition to Defendant's Motion to Dismiss the Amended Class Action Complaint in the *Bryant v. Philo, Inc.*, No. 4:23-cv-00136-HSG action concerning Philo's allegedly forcing Plaintiffs "to take procedural steps that waste the Court's time and resources." *Bryant v. Philo, Inc.*, No. 4:23-cv-00136-HSG [ECF No. 31].  Rather, it is Plaintiffs who have wasted the Court's and Philo's time and resources by bringing meritless claims on behalf of named Plaintiffs that lack even basic elements of Article III standing to assert such claims resulting in Plaintiffs having to dismiss their own case over and over again. *See Bryant v. Philo, Inc.*, No. 4:23-cv-00136-HSG [ECF No. 29].

While there are differences between the cases, and Philo does not agree the new *May v. Philo, Inc.*, 4:23-cv-01394-KAW case would relate back to *Bryant v. Philo, Inc.*, No. 4:23-cv-00136-HSG for statute of limitations purposes, Philo agrees that the overlap in the cases is sufficient to satisfy the definition of related cases in Local Rule 3-12 because they involve two of the same plaintiffs, the same defendant, and the complaints in each allege violations of the Video Privacy Protection Act.  Accordingly, Philo does not oppose the relation of the cases or reassignment of the *May* case to Judge Gilliam, Jr.

Philo reserves all rights and defenses, including, but not limited to, all defenses pursuant to Federal Rule of Civil Procedure 12.

| | | |
|---|---|---|
| 1 | Dated: March 31, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By:  /s/ David R. Singh |

David R. Singh (Bar No. 300840)
david.singh@weil.com
Amy Tu Quyen Le (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

David L. Yohai (admitted *pro hac vice*)
david.yohai@weil.com
Taylor B. Dougherty (admitted *pro hac vice*)
taylor.dougherty@weil.com
Blake J. Steinberg (admitted *pro hac vice*)
blake.steinberg@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:(212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant Philo, Inc.*